■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. KITCHINGS, Appellant. [657 NYS2d 126] —Carpinello, J. Appeal from a judgment of the County Court of Chemung County (Castellino, J.), rendered July 28, 1995, upon a verdict convicting defendant of the crimes of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

Following a jury trial, defendant was convicted of the crimes of criminal sale and criminal possession of a controlled substance in the third degree and was sentenced to concurrent prison terms of 5 to 15 years. Defendant contends on this ap-

peal that his sentences were harsh and excessive in light of his brief criminal record (one prior conviction in 1976 of criminal possession of a controlled substance in the seventh degree) and his steady employment history (23 years with the same company). Defendant's contentions are unpersuasive. The sentences fall within the statutory parameters and are appropriate given the nature of defendant's crimes and the absence of a showing of extraordinary circumstances. We, accordingly, decline to disturb them (*see, People v Wilson*, 210 AD2d 520, 523, *lv denied* 85 NY2d 982; *People v Powell*, 209 AD2d 879, 882, *lv denied* 84 NY2d 1037; *People v Willis*, 200 AD2d 903, 904).

Cardona, P. J., Crew III, White and Casey, JJ., concur. Ordered that the judgment is affirmed.